UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONALD RAY MAGEE,** | * | **CIVIL ACTION** |
| **PETITIONER** | * | |
| | * | **NO. 22-cv-2589** |
| **VERSUS** | * | |
| | * | **SECTION "H" (4)** |
| **TRAVIS DAY, WARDEN,** | * | |
| **RESPONDENT** | * | |

**ORDER**

Considering Respondent's *Motion for Extension of Time*;

IT IS HEREBY ORDERED that the Respondent's motion be GRANTED and that the Respondent be given an additional twenty-one (21) days or until October 7, 2022, to produce the state court record and file a response in the above-captioned case.

New Orleans, Louisiana, this ____ day of _____, 2022.

_____
MAGISTRATE JUDGE