UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONALD RAY MAGEE,** **PETITIONER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-cv-2589** |
| **TRAVIS DAY, WARDEN,** **RESPONDENT** | **SECTION "H" (4)** |

**ORDER**

Considering Respondent's *Motion for Extension of Time* (ECF No. 5),

IT IS ORDERED that the Respondent's motion is GRANTED and that the Respondent be given an additional twenty-one (21) days or until October 7, 2022, to produce the state court record and file a response in the above-captioned case.

New Orleans, Louisiana, this 19th day of September, 2022.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE