UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONALD RAY MAGEE,** | * | **CIVIL ACTION** |
| **PETITIONER** | * | |
| | * | **NO. 22-cv-2589** |
| **VERSUS** | * | |
| | * | **SECTION "H" (4)** |
| **TRAVIS DAY, WARDEN,** | * | |
| **RESPONDENT** | * | |

**NOTICE OF LODGING OF**
**STATE COURT RECORD MATERIALS**

MAY IT PLEASE THE COURT:

This is a § 2254 habeas corpus proceeding. The Court has ordered the production of the state court record (Rec. Doc. 4). The respondent respectfully notifies the Court that it has submitted the record to the Court, and has not filed it electronically, pursuant to Rule 13 of the Court's *Administrative Procedures for Electronic Case Filings and Unique Procedures and Practices for Electronic Filings*.

The state record consists of eleven volumes, as follows:

<u>Volumes 1-4.</u>     The state district court record (22nd JDC, Washington Parish, # 11-CR5-114111) in its entirety. This includes pre-trial, trial, and post-trial proceedings.

<u>Volumes 5-8.</u>     The record of the Louisiana First Circuit Court of Appeal under that court's docket number 2013-KA-1726, in which petitioner sought direct review of his conviction and sentence.

<u>Volume 9</u>.     The record of the Louisiana Supreme Court under that court's docket number 2015-K-1749, in which petitioner sought review of the Louisiana First Circuit Court of Appeal's decision affirming his conviction.

<u>Volume 10,</u>     This volume contains four writ applications, each of which pertain to the state district court's denial of post-conviction relief. They are separated by four tabs, as follows:

>    Tab 1.   Louisiana First Circuit Court of Appeal, docket 2016-KW-1396.
>    Tab 2.   Louisiana First Circuit Court of Appeal, docket 2017-KW-0079.
>    Tab 3.   Louisiana First Circuit Court of Appeal, docket 2017-KW-0326.
>    Tab 4.   Louisiana Supreme Court, docket 2017-KH-1213.

<u>Volume 11</u>.     The records of all subsequent writ applications to the Louisiana First Circuit Court of Appeal and the Louisiana Supreme Court, which consists almost entirely of requests for production of documents. They separated by eleven tabs, as follows:

>    Tab 1.   Louisiana First Circuit Court of Appeal, docket 2018-KW-0457.
>    Tab 2.   Louisiana First Circuit Court of Appeal, docket 2018-KW-0839.

<u>Volume 11, cont'd</u>.

    Tab 3.  Louisiana First Circuit Court of Appeal, docket 2018-KW-0901.

    Tab 4.  Louisiana First Circuit Court of Appeal, docket 2018-KW-1011.

    Tab 5.  Louisiana First Circuit Court of Appeal, docket 2019-KW-1510.

    Tab 6.  Louisiana First Circuit Court of Appeal, docket 2021-KW-0771.

    Tab 7.  Louisiana First Circuit Court of Appeal, docket 2021-KW-1052.

    Tab 8.  Louisiana First Circuit Court of Appeal, docket 2021-KW-1234.

    Tab 9.  Louisiana First Circuit Court of Appeal, docket 2021-KW-1478.

    Tab 10. Louisiana Supreme Court, docket 2021-KH-01759.

    Tab 11. Louisiana Supreme Court, docket 2022-KH-00081.

Respectfully Submitted,

<u>/s/ Matthew Caplan</u>
Matthew Caplan, #31650
Assistant District Attorney
22nd Judicial District
701 N. Columbia Street
Covington, Louisiana 70433
Tel: (985) 809-8398
Email: mcaplan@22da.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been served upon petitioner by mailing a copy, postage pre-paid, to:

>Donald Ray Magee, DOC # 394119
>Rayburn Correctional Center
>27268 Highway 21 North
>Angie, LA 70426
>*Petitioner, pro se*

This the <u>7th</u> day of <u>October</u>, 20<u>22</u>, at Covington, Louisiana.

/s/ Matthew Caplan
Matthew Caplan, #31650
Assistant District Attorney