Case 2:22-cv-02589-JTM-KWR   Document 11   Filed 11/07/22   Page 1 of 8

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  Nov 07 2022

CAROL L. MICHEL
CLERK

United States District Court
Eastern District of Louisiana

Donald Ray Magee, Jr.
Petitioner

Civil Action
No. 22-CV-2589

Versus

Section "H" (4)

Travis Day, Warden
Respondent

Motion for Extension of Time.

Overview

Donald Ray Magee Jr. is ask the court for a Extension to get sentence transprit and Bill of Informotion for Ex. A have some trouble get record see Ex D. would like to Enter to the record of Mermoranda sent 10/19/22 if the court can look in to the low courts record for me to get. sentence transprit and Bill of Informotion. in this matter please do so.

TENDERED FOR FILING

NOV 07 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

11/4/22

Donald Ray Magee Jr.



# Warren Montgomery
### District Attorney
22nd Judicial District
Washington – St. Tammany Parishes

*Cary Menard*  
*Custodian of Records*

*Justice Center*  
*701 N. Columbia Street*  
*Covington, LA 70433*

Telephone: (985) 809-8383  
Fax: (985) 809-8365

Donald Ray Magee Jr. #394110  
Rayburn Correctional Center  
27268 Highway 21 North  
Angie, LA 70428

August 18, 2020

Re: Public Records Request  
    Donald Ray Magee Jr., Docket No. 11-CR5-11411

Dear Mr. Magee:

This acknowledges receipt of your Public Records Request, dated August 9, 2020, and received in this office on August 14, requesting a copy of our file for your case cited above.

This is to inform you that we are unable to locate this file.

Please see the enclosed our letters – dated October 5, 2018 and November 20, 2019 – responding to your earlier records requests and informing you that we were unable to locate the file for your case despite multiple searches at all District Attorney's Office locations.

Please also find enclosed a copy of our letter January 29, 2020, informing the 22nd Judicial District Court that we have responded to your multiple records requests with multiple searches at multiple office locations, and have not been able to locate your file on any of those occasions.

Because we continue to be unable to locate the requested file despite, we are unable to fulfill your Public Records Request, and it is closed.

We suggest that you contact the Office of the Clerk of Court for Washington Parish (Criminal Division) to ask if they have trial records that might provide some of the information that you seek.

If you have any questions regarding this matter, please contact me at this office location or by email at LMajor@22da.com.

Respectfully,

*Lou Major*

Public Records Clerk  
Office of the District Attorney  
22nd Judicial District  
Washington-St. Tammany Parishes



**Warren Montgomery**
District Attorney
22nd Judicial District
Washington – St. Tammany Parishes

*Cary Menard*
*Custodian of Records*

*Justice Center*
*701 N. Columbia Street*
*Covington, LA 70433*

*Telephone: (985) 809-8383*
*Fax: (985) 809-8365*

Donald Ray Magee Jr., #394119
Rayburn Correctional Center
27268 Highway 21
Angie, LA 70426-3030

November 20, 2019

Re: Public Records Request
Donald Ray Magee Jr., 11-CR5-114111

Dear Mr. Magee:

This acknowledges receipt of your letter, dated October 7, 2019, to the District Attorney inquiring about the file related to your case cited above. The letter has been forwarded to the Public Records section.

In your letter, you share your concern that you have been unable to obtain copies of documents from the file. The letter acknowledges, with copies attached, our communication to you on September 28, 2018, that we have been unable to locate the file after separate searches in 2016 and 2018 by personnel in our Franklinton, LA, office in our file storage area in the Washington Parish Courthouse.

We did, however, provide to you in 2018 copies of the few case-related documents that were scanned into our electronic case-tracking system at some earlier point.

At this point, we remain unable to locate the file in question. While it is unfortunate, it is not unheard of for files – especially for older cases – to "go missing" because they have been mis-filed or have been inadvertently discarded. We cannot know the reason that we are unable to locate your file – only that we have been unable to locate it after two separate searches in 2016 and 2018.

If you have any questions regarding this matter, please contact me at this office's mailing address, by telephone at 985-809-8383 or by email at LMajor@22da.com.

Respectfully,

Lou Major
Public Records Clerk
Office of the District Attorney
22nd Judicial District



Upon receipt of the funds, the documents will be copied and we will forward them to you. If we do not receive the funds within 60 days from the date on this letter, we will close your records request.

In order to obtain a more complete copy of material from the case, we suggest that you contact the Office of the Washington Parish Clerk of Court to inquire about obtaining releasable material such as transcripts and material that was submitted into evidence.

If you have any questions regarding this matter, please contact me by mail, by telephone at 985-809-8383, or by email at LMajor@22da.com.

Respectfully,

Lou Major
Public Records Clerk
Office of the District Attorney
22nd Judicial District
Washington-St. Tammany Parishes

# Warren Montgomery
### District Attorney

22ʳᵈ Judicial District
Washington – St. Tammany Parishes

*Cary Menard*
*Custodian of Records*

*Justice Center*
*701 N. Columbia Street*
*Covington, LA 70433*

Telephone: (985) 809-8383
Fax: (985) 809-8365

Office of the Clerk of Court
Washington Parish Courthouse
908 Washington Street
Franklinton, LA, 70438

January 29, 2020

Re: Request for Evidentiary Hearing
    Donald Ray Magee Jr., Docket No. 11-CR5-114111

To whom it may concern:

This office has received a copy of a request by Donald Ray Magee Jr., (22ⁿᵈ Judicial District Court Docket Number 11-CR5-114111) for the Court to hold an Evidentiary Hearing into Mr. Magee's charge that the Office of the District Attorney has failed to provide documents from our file on his 2012 prosecution that he has sought in multiple Public Records Requests.

Inquiries regarding Mr. Magee's records have been filed on three occasions in 2016, 2018, and 2019. All three inquiries were processed and responded to in a timely manner.

Following is a history of public records inquiries by Mr. Magee to this office.

In 2016, a Public Records Request for Mr. Magee's file was made by New Orleans attorney Julie Tizzard, presumably on behalf of Mr. Magee. A search for the file was conducted and Ms. Tizzard was informed that the file could not be located (unsigned draft of letter enclosed).

In 2018, Mr. Magee made his own Public Records Request for his file. At that time a second search for the file was conducted in the office spaces and in the basement of the District Attorney's Franklinton location at 905 Pearl Street, Franklinton, LA, 70438. The basement is the standard storage space for files related to cases that this office handles in Washington Parish. Mr. Magee was notified of that unsuccessful search, and reminded of the 2016 search as well (letter enclosed).

Our records show that, in the absence of providing material from the file that cannot be located, this office has provided to Mr. Magee copies, at no cost, most of the few case-related documents that have been located in this office's electronic case-tracking system.

On November 7, 2019, Mr. Magee sent a letter to this office requesting a "hearing" to resolve the matter of Mr. Magee's missing file, citing the 2016 and 2018 letters from this office. This office responded on November 20, 2019, by reiterating to Mr. Magee that the file related to his case was not located for his 2016 and 2018 records requests (unsigned draft of letter included).

Prior to our November 20, 2019 response to Mr. Magee, yet another, third, search for the missing file was conducted. Personnel at the Franklinton office were asked to conduct another basement search and responded that a third search had failed to produce the missing file. At the same time, an "all-hands" email was sent to every member of the staff in each the District Attorney's office locations in Franklinton and Bogalusa in Washington Parish, and in Covington and Slidell in St. Tammany Parish. Each staff member was asked to report if they could locate or knew of the location of the missing file, but no positive response to the email was received.

(4)



**Warren Montgomery**
District Attorney
22nd Judicial District
Washington – St. Tammany Parishes

| | | |
|---|---|---|
| *Cary Menard*<br>*Custodian of Records* | Justice Center<br>701 N. Columbia Street<br>Covington, LA 70433 | Telephone: (985) 809-8383<br>Fax: (985) 809-8363 |

Donald Magee Jr. #394119                                        October 5, 2018
Rayburn Correctional Center
27268 Highway 21
Angie, LA 70426-3030

Re: Public Records Request
    Records of Donald Magee Jr.

Dear Mr. Magee:

In response to your Public Records Request received in this office on August 20, 2018, for copies of the file in your case named above, we have searched for the file in storage at the Washington Parish Court House.

We regret to inform you that we are unable to locate the file for your case.

Our records indicate that a records request for this file was made in 2016, and we notified the requester at that time that we could not locate the file. The file still cannot be located after a second search in response to your new request. We are making a note of your request and if the file is located at a future date, we will notify you of its availability.

We have located in our electronic case-tracking system three documents related to your case: the aforementioned letter that we were unable to locate the file in 2016; the Bill of Information; and a denial by the First Circuit, Court of Appeal to a post-conviction writ filed in your case.

Because we are unable to provide the material from the main file, please find enclosed copies of the three documents described above, all releasable under the provisions of the Louisiana Public Records Law (see La. R.S. 44:1 *et seq*), that we are providing, as a courtesy, at no cost.

The only other documentation in the electronic case-tracking system is eight subpoenas issued in the case; we can provide these to you at a cost of One Dollar ($1.00) per page. If you wish to obtain copies of these subpoenas, please forward to this office a money order or certified bank check in the amount of Thirteen Dollars ($13.00), which includes postage, made payable to "St. Tammany District Attorney's Office – Civil Division," at 701 N. Columbia Street, Covington, LA 70433.



Donald Ray Magee Jr. 394119
RCC
27268 Highway 21
Angie, LA 70426



NOT CENSORED
Not Responsible for Contents
NOV 04 2022
RAYBURN CORRECTIONAL CENTER

(Legal Mail)

United States District Court
500 poydras St. Room C-151
New Orleans LA 70130.

Donald Ray Magee

If mail signer is broken mail has been temper with.