UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONALD RAY MAGEE, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-2589** |
| **RAYBURN CORRECTIONAL CENTER WARDEN TRAVIS DAY** | **SECTION "H" (4)** |

**O R D E R**

Before the Court are petitioner Donald Ray Magee, Jr.'s ("Magee") **Motion for Extension of Time (ECF No. 10)** and a **Second Motion for Extension of Time (ECF No. 11)**. In one motion, Magee seeks additional time to file a memorandum in response to the Respondent's opposition because he is not sure if the Court received the one he sought to mail on or about October 20, 2022. ECF No. 10. In the other motion, Magee seeks additional time to obtain and provide to the court exhibits, specifically the bill of information and sentencing transcript from his state criminal proceeding, which he intended to attach to his response to the Respondent's opposition. ECF No. 11.

On October 24, 2022, the Clerk of this Court received and filed Magee's Reply (ECF No. 9) to the Respondent's opposition response. The pleading was signed by Magee on October 20, 2022, and was apparently mailed that same day to the Court. *Id*. at 4-5. Magee's request for an extension of time is moot in light of this filing. In the future, Magee should contact the Clerk of Court to inquire whether his documents have been received for filing.

In addition, the Respondent has provided the Court with a copy of the state court record composed of eleven volumes including the pretrial, trial, and post-trial records from the state trial court. ECF No. 7. There is no need for Magee to provide the Court with duplicate copies of the documents and transcripts contained therein. The parties will be advised if the Court requires additional documentation to evaluate his federal habeas petition. Magee's request for an extension

of time to send documents already provided to the Court by Respondent is unnecessary. Accordingly,

**IT IS ORDERED** that Magee's **Motion for Extension of Time (ECF No. 10)** and **Second Motion for Extension of Time (ECF No. 11)** are **DENIED**.

New Orleans, Louisiana, this  10th  day of November, 2022.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**