TENDERED FOR FILING
JAN 0 6 2023
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED Jan 6 2023
CAROL L. MICHEL
CLERK
AJ        Mail

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

Donald Ray Magee Jr.            Civil Action
VS.                             No: 22-02589
Travis Day                      Section "H" (4)
                    Judge Karen Wells Roby

## Motion To Recuse

Now comes Petitioner, Donald Magee Jr. pro-se before the bar of this Honorable Court to that "Judge Karen Wells Roby Voluntarily recuse herself from all future matter. related to petitioner "Civil" Donald Ray Magee Jr. VS James Leblanc, Et. Al. No: 19-13148 "Criminal" Writ of Habeas Corpus (state) 22nd JDC, Washington Parish. 11-CRS-114111. See. Ex "A", "B"

Procedural Due Process - a minimal requirement of notice and hearing: of the 5th and 14th Amendments. Especially when life, liberty, or property interest may occur.

### "Statement"

For the following reasons, there exists a substantial or objective basis that would reasonably be expected to prevent her from conducting a fair Judgement And it appears to be a ethics Violation, and conflict of interest. bias, prejudice, discrimination.

Judge Keren Roby would be unable to conduct a fair and inpartial Judgement in a standard requiring.

(1)

# RULES OF THE COURT

The petitioner contend with respect that Judge Karen Well Roby encroached upon his right to Equal Protection and Due Process of the, in violation of the 5th 8th and 14th Amendment of the United States Constitution, by failure to recuse her self for willfully and intentionally appear to have Obstructing of Justice and Malfeasance Petitioner for "Crimial Writ of Habeas Carpus (State) 22nd JDC, Washington Parish, 11-CR5-11-4111 and Civil Donald Ray Magee Jr. VS James heblanc, Et.Al. NO. 19-13148

Rule 1.11 Special Conflicts of Interest for Former and Current Government Officers and Employee (a) 1,2 (B) 1,2

# OFFICIAL MISCONDUCT

The Constitution of the United States, Article IV States Section 4 from of state goverments Protection, Section 1, Fall Faith and Credit shall be given in each State to the public Acts Records and Judicial proceedings of every other state and the Congress may by general proscrible the manner in which such Act.

# RELIEF SOUGHT

A special counsel appoint to my Writ of Habeas Corpus. And Habeas be grant in full Belief or New proceed of New Habeas Corpus. That this Honorble Court enforce change of venue and section and the record is clear and precise civil and criminal and administrative liabities.

(2)

Certificate of Service

I hereby certify that I have served a copy of this document on all counsel for either in person or by mailing it postage prepaid on this.

2 day of Janary 2023

Donald Ray Magee jr.

(3)

Donald Ray Magee, Jr. #394119
Rayburn Correctional Center
27268 Highway 21
Angie, LA 70426

NOT CENSORED
Not Responsible for Contents

JAN 0 4 2023

Rayburn Correctional Center

(Legal Mail)

NEW ORLEANS LA 700
4 JAN 2023 PM 1 L

US POSTAGE
ZIP 70426 $000.81
02 4W
0000374756 JAN 2023

United States District Court
500 Poydras St. Room C-151
New Orleans LA 70130

70130-33673