UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

# **NOTICE OF CORRECTION**

Donald Ray Magee, Jr, #394119
Rayburn Correctional Center
27268 Hwy 21
Angie, LA 70426

**SUBJECT**: CV 22-2589 "H"(4), Magee v. Day, et al

**DATE OF ISSUANCE**: 2/28/2023

**Your Response to Report and Recommendations has been received and docketed. In the future, all pleadings should comply with the following instructions:**

**Local Rule 11.1:** *Documents filed by a party not represented by counsel must be signed by the party. The unrepresented party's name, e-mail, post office and street addresses and telephone number must be typed or clearly printed.*

*Each pro se litigant has a continuing obligation promptly to notify the court of any address or telephone number change.*

The filer's name, address, and telephone number shall be typed or printed below the signature.

All pleadings submitted to the Clerk for filing must be personally signed by the filer unless the filer is represented by a member of the bar of this Court. If the filer is represented, pleadings must be signed and submitted by counsel in accordance with Federal Rules of Civil Procedure 11(a).

Carol L. Michel
Clerk of the Court

By: *A. Johnson*
Deputy Clerk

**ATTACHMENTS:**

Rev. 5/23/2022