UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DONALD RAY MAGEE, JR.**                                CIVIL ACTION

**VERSUS**                                               NO.   22-2589

**TRAVIS DAY, WARDEN**                                   SECTION "H"(4)

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that Donald Ray Magee's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 12th day of August, 2024.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**