UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONALD RAY MAGEE, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO.  22-2589** |
| **TRAVIS DAY, WARDEN** | **SECTION "H"(4)** |

# J U D G M E N T

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the respondent Travis Day, Warden, and against the petitioner, Donald Ray Magee, Jr., denying Magee's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 with prejudice as untimely.

New Orleans, Louisiana, this 12th day of August, 2024.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**