UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DONALD RAY MAGEE, JR**　　　　　　　　　　　　　　　　**CIVIL ACTION**

**VERSUS**　　　　　　　　　　　　　　　　　　　　　　　　**NO.  22-2589**

**TRAVIS DAY, WARDEN**　　　　　　　　　　　　　　　　**SECTION "H"(4)**

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____　　a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):


__X____　　a certificate of appealability shall not be issued for the following reason(s): The reasons stated in Record Document 15


New Orleans, Louisiana, this _12th_ day of August, 2024.


_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**